UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMANY MAGEED SHEHATTA SHAKER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MIDDLE EAST MEDIA RESEARCH INSTITUTE, INC.,** *et al.***,**<br><br>**Defendants.** | Civil Action No. 23-839 (JEB) |

## ORDER

The Court ORDERS that:

1. Defendants' [23] Motion for Protective Order is GRANTED IN PART and DENIED IN PART;

2. MEMRI's office address shall be redacted in any future filings in this case; and

3. S.A's name shall be rendered in initials in any future filings.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: September 8, 2023