UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROMANY MAGEED SHEHATTA SHAKER | : | |
| Plaintiff | : | |
| v. | : | Case No. 1:23-cv-00839-JEB |
| MIDDLE EAST MEDIA RESEARCH INSTITUTE, INC., *et al.* | : | |
| Defendants. | : | |

**<u>LINE</u>**

Dear Madam Clerk:

Pursuant to the Court's September 8, 2023 Order [Docket No. 26] in the above referenced case and the instructions of Judge Boasberg during the Initial Scheduling Conference held on November 30, 2023, the Court was, among other things, to substitute redacted versions of a number of filings in the above referenced for the original versions and remove, redact and replace any references to the Defendant with the initials S.A. in the case caption, docket or any publically accessible record in this case such that only the individual's initials "S.A." are visible in the public record. This was largely accomplished, however, it appears that there are still two docket entries remaining – the July 31, 2023 Minute Order and the October 4, 2023 Minute Order – which still show the full last name of the Defendant with the initials S.A. By this line, we respectfully request that this be corrected so that these docket entries only show the initials S.A.

                                      Respectfully submitted,

                                      LERCH, EARLY & BREWER, CHTD.

By: _____
      James R. Hammerschmidt, #448128
      Jessica B. Summers, #1023002

1

       7600 Wisconsin Avenue
       Suite 700
       Bethesda, Maryland 20814
       jrhammerschmidt@lerchearly.com
       (301) 841-0189
       jbsummers@lerchearly.com
       (301) 657-3442
       *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of February 2024, I filed the foregoing Line via the Court's electronic filing system and mailed a copy, postage prepaid, to:

       Romany Mageed Shehatta Shaker
       1301 South Fern St. 2853
       Arlington, VA 22202

       _____
       Jessica B. Summers

5710467.1     96114.002