# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ROMANY SHAKER,**

        *Plaintiff,*

  v.

**MEMRI, et al.**

        *Defendants.*

Civil Action No. 1:23-cv-00839-JEB

## JOINT NOTICE

Plaintiff Romany Shaker and all Defendants respectfully notify the Court that the parties have reached an agreement in principle to settle the above-captioned matter. The parties have agreed on a number of core elements of that settlement, although details remain to be resolved, and are in the process of preparing a written Settlement Agreement.

Respectfully submitted,

/s/ *Jessica B. Summers*

Jessica B. Summers, #1023002
James R. Hammerschmidt, #448128

*Counsel for Defendants*


/s/ *Romany Shaker*

Romany Shaker, Plaintiff

**RECEIVED**

MAY 21 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia
